UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>RECOVERING CHAMPIONS, INC., AWAKENINGS, INC. and MARYANN LANDRY,<br><br>Defendants and Counter-Claimants. | C.A. No: 1:17-cv-11296-LTS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, that the all claims in the above-captioned action are dismissed with prejudice, and without costs to any of the parties. All rights of appeal are hereby waived.

Dated: September 12, 2019

**Respectfully submitted,**

**SCOTTSDALE INSURANCE COMPANY**

By its attorneys,

/s/ Robert D. Laurie
Robert D. Laurie
Seiger Gfeller Laurie LLP
West Hartford Center
977 Farmington Avenue, Suite 200
West Hartford, CT 06107
Tel: 860-760-8400
Fax: 860-760-8401
rlaurie@sgllawgroup.com

**Respectfully submitted,**

**RECOVERING CHAMPIONS, INC., AWAKENINGS, INC., and MARYANN LANDRY**

By their attorneys,
/s/ Jenevieve J. Maerker
Colin J. Zick
Jenevieve J. Maerker
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Tel: 617-832-1000
Fax: 617-832-7000
jmaerker@foleyhoag.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF System will be sent electronically to the registered participants as identified in the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants, on September 12, 2019.

*/s/ Robert D. Laurie*
Robert D. Laurie